# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

RECEIVED-MAIL
2009 AUG 24 AM 11:29
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

August 21, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: DBTR: CATHERINE E. STEARNS
    CASE NO: 06-21478-PP

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056934 which replaces check # 1055746 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE




cc: file

Mary B. Grossman
Chapter 13 Trustee
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

SunTrust Bank     64-79
                  611

July 30, 2009

No. 1055746

PAY** One Hundred Forty One Dollars and 46 Cents************************************
TO THE ORDER OF

00081480
WESTPORT BENEFITS
PO BOX 766
BUFFALO, NY 14226-0766

AMOUNT ***************$141.46 ***

VOID AFTER October 28, 2009
Positive Pay Account

⑈1055746⑈ ⑆061100790⑆ 000000575177⑈

VOID

Mary B. Grossman, Chapter 13 Trustee          Check No. 1055746
Pay to: 00081480 WESTPORT BENEFITS
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-41669-JES | 020-0 | THOMAS E. TAIBL | 3881460515 | 289.78 | 37.36 | 0.00 | 37.36 |
| 05-43102-PP | 015-0 | JOSEPH A. OBMASCHER | 3031171423 | 289.97 | 29.64 | 0.00 | 29.64 |
| 06-20568-JES | 020-0 | CARL A. CURREY | 3140661492 | 31.26 | 21.75 | 0.00 | 21.75 |
| 06-21478-PP | 014-0 | CATHERINE E. STEARNS | 3139081253 | 35.55 | 16.69 | 0.00 | 16.69 |
| 06-21783-JES | 028-0 | JAMES W. SMITH | 3667412052 | 191.44 | 15.33 | 0.00 | 15.33 |
| 06-21783-JES | 015-0 | JAMES W. SMITH | 3348483305 | 512.34 | 20.69 | 0.00 | 20.69 |

Mary B. Grossman, Chapter 13 Trustee          Check No. 1056934
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
   Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 06-21478-PP | 014-0 | CATHERINE E. STEARNS | 3139081253 | 35.55 | 16.69 | 0.00 | 16.69 |